Dismissed and Opinion filed May 30, 2002









Dismissed and Opinion filed May 30, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-01-01007-CV

____________

 

IVO NABELEK, Appellant

 

V.

 

GERALD GARRETT, ET AL., Appellees

 



 

On
Appeal from the 61st District Court

Harris County, Texas

Trial
Court Cause No. 01-37615

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed October 4,
2001.  The notice of appeal was filed on
October 24, 2001.  Although appellant
filed a timely affidavit of indigence, the trial court sustained the contest to
this affidavit.  Pursuant to appellant=s request, this court reviewed the
trial court=s decision to sustain the contest and
on April 25, 2002, this court upheld the trial court=s determination.  Accordingly, we ordered appellant to pay the
filing fee of $125.00 on or before May 17, 2002, or the appeal would be
dismissed.  

The filing fee has not been paid.








Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c).  

 

PER CURIAM

 

 

Judgment rendered and Opinion
filed May 30, 2002

Panel consists of Justices Yates, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).